JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KEVIN KOHUTE,

Petitioner,

v.

CITY OF TYLER POLICE DEPARTMENT, ET AL.,

Respondents.

No. CV 26-9908-SRM(E)

JUDGMENT

Pursuant to the "Order of Dismissal," the Petition is denied and dismissed without prejudice.

DATED: October 13, 2026.

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE